Argued December 5, affirmed December 24, 1957

## HUGHES *v.* PEA ET UX

319 P. 2d 584

*Guy F. Hughes,* Portland, argued the cause for appellant. On the brief was Mary Hughes Vershum, Portland.

*Eugene E. Feltz,* Portland, argued the cause and filed a brief for respondents.

Before Perry, Chief Justice, and Rossman, Brand and McAllister, Justices.

PER CURIAM.

A money judgment was obtained against the defendants in the state of Washington. Plaintiffs herein, as assignees, brought this action in the District Court of Multnomah County to recover upon the Washington judgment. A default judgment thereon was entered in that court and within the period of one year, as provided by statute, a motion and affidavit was filed to set aside the judgment on the grounds of inadvertence and mistake.

██ The district court set aside the judgment and an appeal was taken by the plaintiff to the Circuit Court of Multnomah County. The circuit court dismissed the appeal, because the order setting aside the judgment and permitting the filing of an answer was not a final order. From the order of the circuit court dismissing the appeal the plaintiff has appealed.

An appeal from a district court to a circuit court may only be had from a final order. ORS 46.250.

It is well-established in this state that an order setting aside a judgment pursuant to ORS 18.160 is not a final order from which an appeal may be taken. See *Walker v. Clyde et ux.*, 206 Or 322, 292 P2d 1083, and cases cited therein.

Affirmed.